UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| Case No. | CV 11-6926-JAK (OPx) | Date | **June 5, 2014** |
|---|---|---|---|

| Title | HICA EDUCATION LOAN CORPORATION v. DOUGLAS J. CAST |
|---|---|

| Present: The Honorable | Oswald Parada, United States Magistrate Judge | |
|---|---|---|
| Deb Taylor | RS-3 06-05-14 | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Homan Mobasser | None |

**PROCEEDINGS:** JUDGMENT DEBTOR EXAMINATION

On May 2, 2014, the Court issued an order granting an Application for a Judgment Debtor Examination of Douglas J. Cast. (ECF No. 23.) On May 21, 2014, Plaintiff/Judgment Creditor HICA Education Loan Corporation filed a Proof of Service. (ECF No. 24.) On June 5, 2014, the matter was called for a hearing on the Judgment Debtor Examination. Douglas J. Cast appeared for his Judgment Debtor examination, was sworn, and examined off the record. Counsel Homan Mobasser advised the Court that the judgment debtor examination was completed.

:05

| | Initials of Preparer | dts |
|---|---|---|